June 17, 2005

Mr. Donald E. Herrmann
Kelly Hart & Hallman, P.C.
201 Main Street, Suite 2500
Fort Worth, TX 76102

Mr. James Dan Moorhead
Law Offices of James Dan Moorhead
3609-A Pioneer Pkwy West
Arlington, TX 76013-4504

Mr. Philip John Kuhl Jr.
Sanford & Kuhl
5075 Westheimer Rd Ste 1180
Houston, TX 77056-5606
Mr. David E. Keltner
Jose Henry Brantley & Keltner, L.L.P.
675 North Henderson Street
Fort Worth, TX 76107

Mr. Thomas G. Farrier
Murphy Mahon Keffler & Farrier, L.L.P.
Burk Burnett Building
500 Main Street, Suite 1200
Fort Worth, TX 76102

Ms. Karen Sue Neeley
1700 Rio Grande, Suite 100
Austin, TX 78701

RE: Case Number: 03-1001
 Court of Appeals Number: 02-00-00336-CV
 Trial Court Number: 236-1692-14-97

Style: STERLING TRUST COMPANY
 v.
 RODERICK ADDERLEY, ET AL.

Dear Counsel:

 Today, the Supreme Court of Texas (Justice Johnson not sitting)
delivered the enclosed opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

Enclosures (2)
|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. Thomas A. |
| |Wilder |
| |Mr. N. Scott |
| |Fletcher |
| |Mr. Royal B. Lea |
| |III |
| |Mr. Joseph R. |
| |Knight |